# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# MIDLAND/ODESSA DIVISION

| | | |
|---|---|---|
| **BRACEY L. MYLES, INDIVIDUALLY AND AS NEXT FRIEND OF BMJ, ARL AND AM, MINORS;**<br>    *Plaintiff*,<br><br>v.<br><br>**QUAIL ENERGY SERVICES, LP, ERIC VIDAL, LIBERTY MUTUAL FIRE INSURANCE CO.,**<br>    *Defendants.* | § § § § § § § § § § § § § | MO:22-CV-00214-DC |

## ORDER ADOPTING REPORT AND RECOMMENDATION

BEFORE THE COURT is United States Magistrate Judge Ronald C. Griffin's Report and Recommendation ("R&R") filed in the above-captioned cause on June 27, 2023. (Doc. 22). This matter was referred to the Magistrate Judge.[1] The R&R recommends that the case be dismissed for lack of subject matter jurisdiction. Neither party filed objections, and the deadline to do so has expired.

Any party who desires to object to a Magistrate Judge's findings and recommendations must serve and file written objections within 14 days after being served with a copy of the findings and recommendations.[2] Failure to file written objections to the R&R within 14 days after being served with a copy shall bar that party from *de novo* review by the district court of the proposed findings and recommendations.[3]

---

[1] *See* 28 U.S.C. § 636(b); Fed. R. Civ. P. 72.
[2] 28 U.S.C. § 636(b)(1).
[3] *Id.*

What's more, except upon grounds of plain error, it shall also bar the party from appellate review of proposed factual findings and legal conclusions accepted by the district court to which no objections were filed.[4]

Having reviewed the R&R, the Court finds it neither clearly erroneous nor contrary to law. Therefore, the Court **ADOPTS** the R&R and **DISMISSES** Plaintiff's complaint without prejudice for lack of subject matter jurisdiction.

It is so **ORDERED**.

SIGNED this 14th day of July, 2023.

_____
DAVID COUNTS
UNITED STATES DISTRICT JUDGE

---

[4] *Id.*; *Thomas v. Arn*, 474 U.S. 140, 150–53 (1985); *United States v. Wilson*, 864 F.2d 1219 (5th Cir. 1989) (per curiam).